Henry B. Jenkins and Another v. Gilbert Hall and Others.— Order affirmed, with ten dollars costs and disbursements.—

DYKMAN, J.: This is an appeal from an order of the City Court of Mount Vernon allowing an amendment to the complaint in this action by alleging the defendant Gilbert

Hall to be in the city of Mount Vernon. The amendment was in the interest of justice and the order should be affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application to Punish Gilbert Hall for Contempt of Court.— Order affirmed, with ten dollars costs and disbursements.—